UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                              :
VINMAR INTERNATIONAL LTD., et al.,    :
                                              :
                 Plaintiffs,          :
   -against-                               :
                                              :           ORDER
MEDITERRANEAN SHIPPING COMPANY, S.A., :
                                              :           13 Civ. 5264 (GBD)
               Defendants.         :
------------------------------------- x

GEORGE B. DANIELS, District Judge:

     Pursuant to the Order, dated October 30, 2013, the above-captioned case was consolidated under *In re M/V MSC FLAMINIA*, No. 12-cv-8892 (GBD). The Clerk of Court is ordered to close the above-captioned case.

Dated: New York, New York                       SO ORDERED.
       March 31, 2022

                                                           *George B. Daniels*
                                                     GEORGE B. DANIELS
                                                    United States District Judge